IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ESTATE OF WALTER MATTHEWS, et al.,

    Plaintiffs,

v.                                       Case No. 22C0708

DANIEL WINKLESKI, et al.,

    Defendants.

---

### DEFENDANT'S MOTION TO DISMISS

---

Please take notice that Defendant Daniel Winkleski, through counsel, hereby moves the Court to dismiss the claims against him for failure to state a claim upon which relief can be granted. This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6). The basis for the motion is further set forth in the accompanying brief that is being filed together with this motion.

    Dated: March 31, 2023.

                                        Respectfully submitted,

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        <u>s/ Jonathon M. Davies</u>
                                        JONATHON M. DAVIES
                                        Assistant Attorney General
                                        State Bar #1102663

                                        Attorneys for Defendant Winkleski

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8125 (Davies)
(608) 294-2907 (Fax)
daviesjm@doj.state.wi.us